*Certioraries:*

Núm. 1502.—PLANAS, peticionario, *v.* CORTE, dmdada.—Original. Enero 25, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

No siendo el alegado como base de esta petición un error de procedimiento, no ha lugar a expedir el auto solicitado.

Núm. 1506.—RAMÍREZ, peticionario, *v.* CORTE, dmdada.—Original. Febrero 4, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Siendo apelable la sentencia dictada y no siendo revisable por certiorari la resolución que declare con o sin lugar una excepción previa, no ha lugar a expedir el auto solicitado.